IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                    )
In re                                               )    Chapter 11
                                                    )
QIMONDA RICHMOND, LLC, et al.,[1]                   )    Case No. 09-10589 (MFW)
                                                    )
                                                    )    Jointly Administered
                                                    )
       Debtors.                                     )
---------------------------------------------------------------x

## ORDER SCHEDULING INTERIM HEARING ON DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364 AND 507 (I) AUTHORIZING DEBTORS TO OBTAIN SENIOR POSTPETITION FINANCING; (II) GRANTING LIENS AND PROVIDING SUPER PRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (III) SCHEDULING INTERIM AND FINAL HEARINGS

Upon consideration of the motion (the "Motion"), dated March 18, 2009, of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to Rule 4001(c)(2) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware authorizing the *Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior Postpetition Financing; (II) Granting Liens and Providing Super Priority Administrative Expense Status; and (III) Scheduling Final Hearing* (the "DIP Motion") to be considered by the Court on an interim basis at a hearing scheduled in these chapter 11 cases for March 24, 2009 at 3:00 p.m. and approving the form and manner of notice thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. A hearing to consider the interim relief requested in the DIP Motion will be held on **March 24, 2009 at 3:00 p.m. (Eastern Time)** (the "Hearing").

3. Objections to the interim relief requested in the DIP Motion must be filed by any party-in-interest on or before **4:00 p.m. (Eastern Time) on March 23, 2009.**

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 20 2009
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE