IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           )
In re                                                      )    Chapter 11
                                                           )
QIMONDA RICHMOND, LLC, et al.,[1]                          )    Case No. 09-10589 (MFW)
                                                           )
                              Debtors.                     )    Jointly Administered
                                                           )
                                                           )    Objection Deadline: April 27, 2009 at 12:00 p.m.
                                                           )    Final Hearing Date: April 29, 2009 at 11:00 a.m.
---------------------------------------------------------- x

## NOTICE OF FINAL HEARING ON THE DIP FINANCING MOTION AND NOTICE OF FILING OF REVISED TERM SHEET AND RATE AND FEE LETTER IN CONNECTION WITH SAME

PLEASE TAKE NOTICE that on March 19, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 362, 363, 364 and 507 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Senior Postpetition Financing; (II) Granting Liens and Providing Super Priority Administrative Expense Status; and (III) Scheduling Final Hearing** [Docket No. 139] (the "DIP Financing Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on March 27, 2009, the Bankruptcy Court entered the **Interim Order Pursuant to Sections 105, 362, 363, 364 and 507 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Postpetition Financing and (B) Providing Notice and Scheduling Final Hearing** [Docket No. 198] (the "Interim Order") granting the

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

relief requested in the DIP Financing Motion on an interim basis. A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that annexed hereto are the amended DIP term sheet (the "Term Sheet") and amended rate and fee letter (the "Rate & Fee Letter") in connection with the Final DIP Hearing (as defined below). Copies of the Term Sheet and Rate & Fee Letter are attached hereto as Exhibit C and D, respectively.

PLEASE TAKE FURTHER NOTICE that the final hearing with respect to the DIP Financing Motion, as modified by the Term Sheet and Rate & Fee Letter (collectively, the "Motion"), will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **April 29, 2009 at 11:00 a.m. (prevailing Eastern Time)** (the "Final DIP Hearing").

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and, be served upon and received by: (a) counsel for the Debtors, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Mark Thompson, Esq. and Morris J. Massel, Esq., and Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark Collins, Esq. and Michael J. Merchant, Esq.; (b) counsel for the Senior DIP Agent, Hunton & Williams LLP, 200 Park Ave., New York, NY, 10016, Attn: Bruce W. Moorhead, Jr., Esq. and Craig V. Rasile, Esq., and Morris James LLP, 15th Floor, 500 Delaware Ave., Wilmington, DE 19801, Attn: Stephen M. Miller, Esq., (c) counsel to the Creditors Committee, Jones Day, 2727 N. Harwood Street, Dallas, Texas 75201, Attn: Gregory M. Gordon, Esq. and Craig F. Simon, Esq.; and (d) the U.S. Trustee so as to be received no later than **April 27, 2009 at 2:00 p.m (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 22, 2009
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Maris J. Finnegan (*DE admission pending*)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      mfinnegan@rlf.com
      fortune@rlf.com

- and -

Mark Thompson (admitted *pro hac vice*)
Morris J. Massel (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for the Debtors and Debtors in Possession*