IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
                                                )
In re                                           )    Chapter 11
                                                )
QIMONDA RICHMOND, LLC, et al.,[1]               )    Case No. 09-10589 (MFW)
                                                )
                                 Debtors.       )    Jointly Administered
                                                )
                                                )    Re: Docket Nos. 139 and 198
------------------------------------------------x

**NOTICE OF FILING OF PROPOSED (I) FINAL ORDER PURSUANT TO SECTIONS 105, 362, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND RULES 2002, 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING AND (B) MODIFYING AUTOMATIC STAY AND (II) AMENDED AND RESTATED CREDIT AGREEMENT**

PLEASE TAKE NOTICE THAT, on March 19, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for Interim and Final Orders Pursuant to Sections 105, 362, 363, 364 and 507 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, (I) Authorizing Debtors to Obtain Senior Postpetition Financing; (II) Granting Liens and Providing Super Priority Administrative Expense Status; and (III) Scheduling Final Hearing** [Docket No. 139] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT, on March 27, 2009, the Bankruptcy Court entered the **Interim Order Pursuant to Sections 105, 362, 363, 364 and 507 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Postpetition Financing And (B)**

---
[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

**Providing Notice and Scheduling Final Hearing** [Docket No. 198] (the "Interim DIP Order"), approving the interim DIP credit agreement (the "Interim Credit Agreement").

PLEASE TAKE FURTHER NOTICE THAT, on April 22, 2009, the Debtors filed a notice of the hearing for approval of the Amended and Restated Senior Secured Superpriority Debtor In Possession Loan And Security Agreement (the "Amended Credit Agreement") on a final basis. The hearing on the Amended Credit Agreement is scheduled for April 29, 2009 at 11:00 a.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT, attached as Exhibit 1 hereto is a revised proposed form of final order (the "Proposed Final Order") approving the entry of the Debtor into the Credit Agreement. For the convenience of the Bankruptcy Court and parties-in-interest, a blackline comparing the Interim DIP Order with the Proposed Final Order is attached hereto as Exhibit 2. In addition, a copy of the Amended Credit Agreement and a blackline against the Interim Credit Agreement is annexed hereto as Exhibits 3 and 4, respectively.

Dated: April 28, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Maris J. Finnegan (*DE admission pending*)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      mfinnegan@rlf.com
      fortune@rlf.com

- and -

Mark Thompson (admitted *pro hac vice*)
Morris J. Massel (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for the Debtors and Debtors in Possession*