IN THE UNITED SATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QIMONDA RICHMOND, LLC, et al, | ) | Case No. 09-10589 (MFW) |
| | ) | |
| Debtors | ) | Jointly Administered |

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served true and correct copies of the "Notice of Final Hearing on the DIP Financing Motion and Notice of Filing of Revised Term Sheet and Rate and Fee Letter in Connection with Same," dated April 22, 2009, [Docket No. 298], by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes, to be delivered by overnight mail as follows:

    a) to those parties listed on the attached Exhibit A, on April 22, 2009 and

    b) to those parties listed on the attached Exhibit B, on April 23, 2009.

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        _____
                                                        Elli Petris

Sworn to before me this
24th day of April, 2009

_____
Notary Public

REGINA AMPOFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\Qimonda\Affidavits\DIP 298_Aff_4-22-09.doc

**EXHIBIT A**

# Qimonda Richmond, LLC
## Service List

| Claim Name | Address Information |
|---|---|
| ABN AMRO | THEODOR-HEUSS-ALLEE 80,60486 FRANKFURT AM MAIN,POSTAL CODE 100138- T POETZSCH M KLITZKE, 60001 FRANKFURT AM MAIN, DE |
| ABN AMRO NA | DAVID J DEEGAN & LINDA D'AMICO,DIRECTOR & ASSOCIATE GENERAL COUNSEL,101 PARK AVENUE, NEW YORK, NY 10178 |
| AIR PRODUCTS AND CHEMICALS, INC. | ATTN: LYNNE A. RICHARDSON,7201 HAMILTON BLVD., ALLENTOWN, PA 18195 |
| APPLIED MATERIALS, INC. | ATTN: LAURA LEE, MAILSTOP 2062,BRAD NOVAK,3050 BOWERS AVENUE, SANTA CLARA, CA 95051 |
| ASHBY & GEDDES | ATTN: WILLIAM P. BOWDEN, ESQ.,AMANDA M. WINFREE, ESQ. & PETER J. FABEN, ESQ.,(COUNSEL TO THE CREDITORS COMMITTEE),500 DELAWARE AVENUE, 8TH FLOOR,P.O. BOX 1150, WILMINGTON, DE 19899 |
| BAKER & MCKENZIE LLP | ATTN: ALI M. M. MOJDEHI, ESQ.,(COUNSEL TO: MACQUARIE ELECTRONICS USA INC.),12544 HIGH BLUFF DRIVE, THIRD FLOOR, SAN DIEGO, CA 92130 |
| BANK OF UTAH | 200 E SOUTH TEMPLE, SUITE 210,ATTN: CORPORATE TR SERVICES, SALT LAKE CITY, UT 84111 |
| BINDER & MALTER LLP | ATTN: MICHAEL W. MALTER, ESQ. &,JULIE H. ROME-BANKS, ESQ.,(COUNSEL TO: LBA REALTY FUND II-COMPANY II, LLC),2775 PARK AVENUE, SANTA CLARA, CA 95050 |
| BINGHAM MCCUTCHEN LLP | ATTN: MILISSA MURRAY, ESQ.,(COUNSEL TO: WEST COAST QUARTZ CORPORATION),2020 K STREET, NW, WASHINGTON, DC 20006 |
| BONNIE LEE WRIGHT | 54400 RIDGEWOOD DRIVE, NEW KENT, VA 23124 |
| BROWN MCCARROLL, LLP | ATTN: DANIEL GUERRA,(COUNSEL TO: APPLIED MECHANICAL CORPORATION),111 CONGRESS AVENUE, SUITE 1400, AUSTIN, TX 78701 |
| BROWN MCCARROLL, LLP | ATTN: LYNN HAMILTON BUTLER,(COUNSEL TO: APPLIED MECHANICAL CORPORATION),111 CONGRESS AVENUE, SUITE 1400, AUSTIN, TX 78701 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MAGDELINE D. COLEMAN, ESQ.,(COUNSEL TO: COLUMBIA VALVE & FITING),1835 MARKET ST., 14TH FLOOR, PHILADELPHIA, PA 19103 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MAGDELINE D. COLEMAN, ESQ.,(COUNSEL TO: COLUMBIA VALVE & FITING),THE BRANDYWINE BUILDING,1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| BURNS & LEVINSON LLP | ATTN: WILLIAM V. SOPP, ESQ.,(COUNSEL TO: RBS ASSET FINANCE, INC.),125 SUMMER STREET, BOSTON, MA 02110 |
| COSTON & RADEMACHER | ATTN: JAMES E. COSTON,(COUNSEL TO: OVERLAND LEASING GROUP, LLC),105 W. ADAMS - SUITE 1400, CHICAGO, IL 60603 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS,FRANCHISE TAX DIVISION,P.O. BOX 7040, DOVER, DE 19903 |
| DIVISION OF UNEMPLOYMENT INS. | DEPARTMENT OF LABOR,4425 N. MARKET STREET, WILMINGTON, DE 19802 |
| EMC CORPORATION | 176 SOUTH STREET M/S 1-B45,ATTN: BOB SMILEY & PAM BJORKMAN, HOPKINTON, MA 01748 |
| FERRY, JOSEPH & PEARCE, P.A. | ATTN: THEODORE J. TACCONELLI,(LOCAL COUNSEL FOR HENRICO COUNTY, VIRGINIA),824 MARKET STREET, SUITE 904,P.O. BOX 1351, WILMINGTON, DE 19801 |
| GENERAL ELECTRIC CAPITAL CORPORATION | JIM SHELLEY, SVP & CRO,4225 EXECUTIVE SQUARE 8TH FLOOR, LA JOLLA, CA 92037 |
| HEWLETT-PACKARD COMPANY | ATTN: RAMONA NEAL,M.S. 314,11311 CHINDEN BLVD., BOISE, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: KEN HIGMAN,2125 E. KATELLA AVE.,SUITE 400, ANAHEIM, CA 92806 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. ANNE MARIE KENNELLY,CORPORATE COUNSEL,HEWLETT-PACKARD COMPANY,3000 HANOVER ST., M/S 1050, PALO ALTO, CA 94304 |
| HUNTON & WILLIAMS LLP | ATTN: BRUCE W. MOORHEAD, JR. ESQ. &,DOUGLAS J. MURPHY, ESQ.,(COUNSEL TO: GB MERCHANT PARTNERS, LLC),200 PARK AVENUE, NEW YORK, NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN: CRAIG V. RASILE, ESQ.,(COUNSEL TO: GB MERCHANT PARTNERS, LLC),1111 BRICKELL AVENUE, SUITE 2500, MIAMI, FL 33131 |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP. | ATTN: GREG BIBBES, ESQ.,VICE PRESIDENT AND GENERAL COUNSEL,640 N. MCCARTHY BLVD. M/S 260, MILPITAS, CA 95035 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION,31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD 21201 |
| J. SCOTT DOUGLAS | 909 FANNIN, SUITE 1800, HOUSTON, TX 77010 |
| JONES DAY | ATTN: GREGORY M. GORDON, ESQ.,CRAIG F. SIMON, ESQ. & DANIEL P. WINIKKA, ESQ.,(COUNSEL TO THE CREDITORS COMMITTEE),2727 NORTH HARWOOD STREET, DALLAS, TX 75201-1515 |

| Claim Name | Address Information |
|---|---|
| JSR MICRO, INC. | ATTN: MARK DENNEN,1280 N. MATHILDA AVE., SUNNYVALE, CA 94089 |
| KINGSTON TECHNOLOGIES | CALVIN LEONG BUSINESS LEGAL & ASSIST SEC,17600 NEWHOPE STREET, FOUNTAIN VALLEY, CA 92708-4220 |
| KLEHR, HARRISON, HARVEY, BRANZBURG & | ELLERS LLP,ATTN: JOANNE B. WILLS, ESQ.,BONNIE WRIGHT (ADVERSARY PROCEEDING,NO. 09-50193 ET AL),919 MARKET STREET, SUITE 1000, WILIMINGTON, DE 19801 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ. &,CYNTHIA E. MOH, ESQ., (COUNSEL TO: BANK OF UTAH),919 MARKET STREET, SUITE 1800, WILMINGTON, DE 19801 |
| MACQUARIE ELECTRONICS USA, INC. | CHUCK DALE, SR VP,11440 WEST BERNARDO COURT SUITE 366, SAN DIEGO, CA 92127 |
| MACQUARIE ELECTRONICS USA, INC. | ATTN: DOUG FRITCH,11440 WEST BERNARDO COURT SUITE 366, SAN DIEGO, CA 92127 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT,ATTN: SHERYL L. MOREAU,SPECIAL ASSISTANT ATTORNEY GENERAL,(COUNSEL TO: DEPARTMENT OF REVENUE),PO BOX 475, JEFFERSON CITY, MO 65105-0475 |
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | ATTN: LAURIE A. KREPTO,(COUNSEL TO: BRENNTAG SOUTHEAST, INC.),1105 N. MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| MOORE & VAN ALLEN PLLC | ATTN: DAVID L. EADES, ESQ. & TREY RAYBURN, ESQ.,(COUNSEL TO: BANK OF UTAH & MACQUARIE),100 NORTH TRYON STREET, SUTIE 4700, CHARLOTTE, NC 28202 |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILL, ESQ.,BRETT D. FALLON, ESQ., & ERICKA F. JOHNSON, ESQ.,(COUNSEL TO: GB MERCHANT PARTNERS, LLC),500 DELAWARE AVENUE, SUITE 1500,P.O. BOX 2306, WILMINGTON, DE 19899-2306 |
| MORRISON & FOERSTER, LLP | ATTN: BRETT H. MILLER, ESQ. &,TODD M. GOREN, ESQ.,(COUNSEL TO: QIMONDA AG),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| OFFICE OF THE COUNTY ATTORNEY | COUNTY OF HENRICO,ATTN: RHYSA GRIFFITH SOUTH, ESQ.,(COUNSEL TO: COUNTY OF HENRICO, VIRGINIA),P.O. BOX 90775, HENRICO, VA 23273-0775 |
| OFFICE OF THE UNITED STATES TRUSTEE | J. CALEB BOGGS FEDERAL BUILDING,844 KING STREET, SUITE 2207 - LOCKBOX #35,ATTN: RICHARD L. SCHEPACARTER, WILMINGTON, DE 19801 |
| OVERLAND LEASING GROUP, LLC | STEPHEN PARISI - DIRECTOR OF MARKETING,& CREDIT,85 RAILROAD PLACE, SARATOGA SPRINGS, NY 12866 |
| OVERLAND SPRING LEASING GROUP, LLC | ATTN: REBECCA PEDERSEN,85 RAILROAD PLACE, SARATOGA SPRINGS, NY 12866 |
| OVERLAND SPRING LEASING GROUP, LLC | DAVID EADES, MVA LAW - ATTORNEY,100 NORTH TRYON STREET SUITE 4700, CHARLOTTE, NC 28202 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, JR. ESQ.,(COUNSEL TO: WEST COAST QUARTZ CORPORATION),1200 NORTH BROOM STREET, WILMINGTON, DE 19806 |
| POST & SCHELL, P.C. | ATTN: BRIAN W. BISIGNANI, ESQ.,(COUNSEL TO: AON CONSULTING),17 NORTH 2ND STREET, 12TH FLOOR, HARRISBURG, PA 17101-1601 |
| POTTER ANDERSON & CORROON LLP | ATTN: DAVID J. BALDWIN, ESQ. &,R. STEPHEN MCNEILL, ESQ.,HERCULES PLAZA, 6TH FLOOR,1313 NORTH MARKET ST,P.O. BOX 951, WILIMINGTON, DE 19801 |
| RBS ASSET FINANCE, INC. | PETER COATES RBS VP,53 STATE STREET, BOSTON, MA 02109 |
| RBS ASSET FINANCE, INC. | 480 JEFFERSON BLVD,ATTN: MARYBETH CORRENTE, WARWICK, RI 02886 |
| RICHARDS LAYTON & FINGER, PA | ATTN: MICHAEL J. MERCHANT, ESQ &,MARIS J. FINNEGAN, ESQ.,(COUNSEL TO: DEBTORS),ONE RODNEY SQUARE,920 NORTH KING STREET, WILMINGTON, DE 19801 |
| ROSENBERG MARTIN GREENBERG, LLP | ATTN: LOUIS J. EBERT, ESQ.,(COUNSEL TO: GE BUSINESS FINANCIAL SERVICES, INC),25 SOUTH CHARLES STREET, SUITE 2115, BALTIMORE, MD 21201 |
| SECRETARY OF THE TREASURY | P.O. BOX 7040, DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: NATHAN FUEHS,233 BROADWAY, NEW YORK, NY 10279 |
| SECURITIES & EXCHANGE COMMISSION | THE MELLON INDEPENDENCE CENTER,701 MARKET STREET, PHILADELPHIA, PA 19106-1532 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVENUE, N.W., WASHINGTON, DE 20020 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: CARREN B. SHULMAN, ESQ. &,MALANI J. CADEMARTORI, ESQ.,(COUNSEL TO: INFINEON TECHNOLOGIES NORTH,AMERICA CORP.),30 ROCKEFELLER PLAZA, 24TH FLOOR, NEW YORK, NY 10112 |
| SILTRONIC CORPORATION | ATTN: FRANK REINHARDT,7200 NW FRONT AVENUE, PORTLAND, OR 97210 |
| SIMPSON THACHER & BARTLETT, LLP | ATTN: MORRIS J. MASSEL, ESQ, MARK THOMPSON, ESQ. &,TERRY SANDERS, ESQ.,(COUNSEL TO: DEBTORS),425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |
| STATE OF DELAWARE | DIVISION OF REVENUE - 8TH FLOOR,ATTN: RANDY R. WELLER-MS#25, 820 FRENCH STREET, |

| Claim Name | Address Information |
|---|---|
| STATE OF DELAWARE | WILMINGTON, DE 19801-0820 |
| SUNCO USA SALES CORPORATION | ATTN: MARK T. DOBBINS,19801 N. TATUM BLVD., PHOENIX, AZ 85050 |
| TOKYO ELECTRON LIMITED | ATTN: ZOLTAN A. PAPP,AUSUKA BIZ TOWER,3-1 AUSUKA SCHUME, MINATO-KU, TOKYO, 107-6325 JP |
| TRAVELERS | NATIONAL ACCOUNTS,ATTENTION: MIKE LYNCH,ACCOUNT RESOLUTION,1 TOWER SQUARE - 5MN, HARTFORD, CT 06183-4044 |
| U.S. ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE,ATTN: MICHAEL B. MUKASEY,950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530-0001 |
| U.S. ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS,1007 NORTH ORANGE STREET, SUITE 700,P.O. BOX 2046, WILMINGTON, DE 19899-2046 |
| US ATTORNEY'S OFFICE | THE UNITED STATES DEPARTMENT OF JUSTICE,1201 N MARKET STREET, WILMINGTON, DE 19801 |
| WELLS FARGO BANK NORTHWEST, NA | 299 SOUTH MAIN STREET 12TH FLOOR,MAC U1228-120,ATTN: CORPORATE TR SERVICES, SALT LAKE CITY, UT 84111 |
| WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER, ESQ.,(COUNSEL TO: GE BUSINESS FINANCIAL SERVICES),200 PARK AVENUE, NEW YORK, NY 10166 |
| ZEMANIAN LAW GROUP | ATTN: PETE ZEMANIAN,(COUNSEL TO: SUFFOLK SALES AND,SERVICE CORPORATION),600 TOWN POINT CENTER,150 BOUSH STREET, NORFOLK, VA 23510 |

**Total Creditor Count 70**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPT OF REVENUE | BUS PRIVILEGE & CORP SHRS TAX, PO BOX 327431, MONTGOMERY, AL 36132-7431 |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE, PHOENIX, AZ 85007-2650 |
| CA DEPT OF INDUS RELATIONS | OFFICE OF THE DIRECTOR, 455 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102 |
| CA DEPT OF INDUS RELATIONS | PO BOX 420603, SAN FRANCISCO, CA 94142-0603 |
| CALIF DEPT OF HEALTH SERVICES | RADIOLOGIC HEALTH BRANCH, 1500 CAPITOL AVENUE, 5TH FLOOR, MS 7610, SACRAMENTO, CA 95814-5006 |
| CALIFORNIA SECR OF STATE | STATEMENT OF INFORMATION UNIT, 1500 11TH STREET, PO BOX 944230, SACRAMENTO, CA 94244-2300 |
| CALIFORNIA STATE | BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA 94279-7072 |
| CALIFORNIA STATE | 450 NORTH ST, SACRAMENTO, CA 95814 |
| COLORADO DEPT OF AGRICULTURE | 700 KIPLING ST., ROOM 4000, LAKEWOOD, CO 80215-5894 |
| COLORADO SECRETARY OF STATE | 1560 BROADWAY, SUITE 200, DENVER, CO 80202-5169 |
| COLORADO STATE | DEPARTMENT OF REVENUE, 1375 SHERMAN STREET, DENVER, CO 80261-0013 |
| COMMONWEALTH OF MASSACHUSETTS | ATTEN: ANNUAL REPORT AR85, ONE ASHBURTON PLACE, ROOM 1717, BOSTON, MA 02108 |
| COMMONWEALTH OF MASSACHUSETTS | OFFICE SECRETARY OF STATE, 1 ASHBURTON PL, BOSTON, MA 02108-1512 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE, PO BOX 7010, BOSTON, MA 02204 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE, PO BOX 7025, BOSTON, MA 02204 |
| COMMONWEALTH OF PENNSYLANIA | 711 GIBSON BLVD, HARRISBURG, PA 17104-3200 |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION DIV, ANNAPOLIS, MD 21411 |
| CONNECTICUT STATE | COMMISSIONER OF REVENUE SERVICES, PO BOX 5030, HARTFORD, CT 06102-0530 |
| CORPORATE TAX MANAGEMENT, INC. | 9001 AIRPORT FREEWAY, STE. 700, FORT WORTH, TX 76180-7781 |
| CT COMMISSIONER OF REVENUE SERV | 25 SIGOURNEY ST, HARTFORD, CT 06106-5032 |
| DC TREASURER | 941 NORTH CAPITAL HILL ST NE, 6TH FLORR, NE WASHINGTON, DC 20002 |
| DELAWARE SECRETARY OF STATE | JOHN G. TOWNSEND BLDG., 401 FEDERAL ST. - STE. 4, DOVER, DE 19901 |
| DELAWARE SECRETARY OF STATE | PO BOX 74072, BALTIMORE, MD 21274-4072 |
| DEPARTMENT OF ASSESSMENTS AND | TAXATION, STATE OF MARLYAND - PER PROP, 301 WEST PRESTON ST - RM 801, BALTIMORE, MD 21201-2395 |
| DEPARTMENT OF FINANCIAL SERVICES | 200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300 |
| DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, 41 STATE STREET, ALBANY, NY 12231-0002 |
| DEPARTMENT OF STATE | OFFICE OF DEF TRADE CONTROLS, 2401 E STREET N.W., WASHINGTON, DC 20037 |
| DEPARTMENT OF TREASURY | 1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220 |
| DISTRICT OF COLUMBIA | PO BOX 92300, DCRA CORPORATION DIVISION, WASHINGTON, DC 20090 |
| EMPLOYMENT DEVELOPMENT DEPT. | 800 CAPITOL MALL, MIC 83, SACRAMENTO, CA 95814 |
| FLORIDA DEPT OF REVENUE | 5050 WEST TENNESSEE STREET, TALLAHASSEE, FL 32399-0135 |
| FLORIDA DEPT OF STATE | DIVISION OF CORPORATIONS, PO BOX 1698, TALLAHASSEE, FL 32314 |
| GEORGIA INCOME TAX DIVISION | DEPARTMENT OF REVENUE, 1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| GEORGIA STATE DEPT OF REV | 1800 CENTURY CENTER BLVD., N.E., ATLANTA, GA 30345-3205 |
| GEORGIA STATE DEPT OF REV | PO BOX 105499, ATLANTA, GA 30348-5499 |
| ILLINOIS SECRETARY OF STATE | DEPT OF BUSINESS SERVICES, 501 SO. 2ND STREET, SPRINGFIELD, IL 62756-5510 |
| ILLINOIS STATE | DEPARTMENT OF REVENUE, RETAILERS OCCUPATION TAX, SPRINGFIELD, IL 62796-0001 |
| INTERNAL REVENUE SERVICE | PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DIVISION OF TAXATION & TREASURY, 50 BARRACK STREET, 1ST FLOOR LOBBY, TRENTON, NJ 08695 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE SERVICES, 25 SIGOURNEY ST, HARTFORD, CT 06106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION AND FINANCE, ALBANY, NY 12227 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, STRAWBERRY SQ, FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA 17128-0101 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF FINANCE, CARVEL STATE OFFICE BUILDING, 820 NORTH FRENCH STREET, WILMINGTON, DE 19801 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | WILLIAM DONALD SCHAEFER, COMPTROLLER OF THE TREASURY, 80 CALVERT STREET, |

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE LOCAL OFFICE | ANNAPOLIS, MD 21404 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, PO BOX 7010, BOSTON, MA 02204 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DIVISION OF TAXATION, ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE ADMINISTRATION, 45 CHENELL DR, CONCORD, NH 03301 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | BUREAU OF TAXATION, 24 STATE HOUSE STATION, AUGUSTA, ME 04333 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXES, 109 STATE ST, MONTPELIER, VT 05609-1401 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF FINANCE AND REVENUE, OFFICE OF THE CHIEF FINANCIAL OFFICER, 1350 PENNSYLVANIA AVENUE, NW, SUITE 203, WASHINGTON, DC 20004 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION, OFFICE OF CUSTOMER SERVICES, PO BOX 1115, RICHMOND, VA 23218-1115 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, PO BOX 963, CHARLESTON, WV 25324-0963 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, POST OFFICE BOX 25000, RALEIGH, NC 27640-0640 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 301 GERVAIS STREET, PO BOX 125, COLUMBIA, SC 29214 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPARTMENT OF REVENUE, 200 FAIR OAKS LANE, FRANKFORT, KY 40620 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION, 30 E BROAD STREET, 22ND FL, COLUMBUS, OH 43215 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TREASURY, LANSING, MI 48922 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 1379 BLOUNTSTOWN HWY, TALLAHASSEE, FL 32304 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 50 N RIPLEY, MONTGOMERY, AL 36132 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, ATTENTION: TAXPAYER SERVICES, 500 DEADERICK ST, NASHVILLE, TN 37242 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE AND FINANCE, HOOVER BUILDING TAXPAYER SVC/4TH FL, 1305 E. WALNUT, DES MOINES, IA 50319 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 2135 RIMROCK ROAD, PO BOX 8949, MAIL STOP 5-77, MADISON, WI 53708-8949 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 600 NORTH ROBERT ST, ST PAUL, MN 55146 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, SPRINGFIELD, IL 62708 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, HARRY S TRUMAN STATE OFFICE BUILDING, 301 WEST HIGH ST, JEFFERSON CITY, MO 65105 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | STATE TAX COMMISSION, PO BOX 23338, JACKSON, MS 39225-3338 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE & REGULATION, 445 EAST CAPITOL AVE, PIERRE, SD 57501-3185 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | TAX COMMISSIONER, 600 E BOULEVARD AVE, DEPT 127, BISMARCK, ND 58505-0599 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, DOCKING STATE OFFICE BUILDING ROOM 150, TOPEKA, KS 66612 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 301 CENTENNIAL MALL SOUTH, PO BOX 94818, LINCOLN, NE 68509-4818 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, PO BOX 201, BATON ROUGE, LA 70821 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF FINANCE AND ADMIN., OFFICE OF STATE REVENUE ADMINISTRATION, RAGLAND BUILDING, ROOM 2062 PO BOX 1272, LITTLE ROCK, AR 72203 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | TAX COMMISSION, 2501 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73194 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 13528, CAPITOL STATION, AUSTIN, TX 78711-3528 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 1375 SHERMAN ST, DENVER, CO 80261 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, HERSCHLER BLDG, 2ND FLOOR WEST, CHEYENNE, WY 82002-0110 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION AND REVENUE, 1100 S. ST. FRANCIS DR, PO BOX 630, SANTE FE, NM 87509-0630 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, PO BOX 5805, HELENA, MT 59604 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | STATE TAX COMMISSION, PO BOX 36, BOISE, ID 83722-0410 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 1600 W. MONROE, PHOENIX, AZ 85007 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION, 1550 E. COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706 |

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE LOCAL OFFICE | FRANCHISE TAX BOARD, 3321 POWER INN ROAD, SUITE 250, SACRAMENTO, CA 95826-3893 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF TAXATION, PO BOX 259, HONOLULU, HI 96809-0259 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 955 CENTER ST NE, SALEM, OR 97301 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, TAXPAYER SERVICES, PO BOX 47478, OLYMPIA, WA 98504-7478 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | DEPT. OF REVENUE, 6TH FLOOR STATE OFFICE BUILDING, PO BOX 110203, JUNEAU, AK 99811 |
| LA DEPT OF REVENUE | 617 NORTH THIRD STREET, BATON ROUGE, LA 70821 |
| LOUISIANA DEPT OF REVENUE | POST OFFICE BOX 201, BATON ROUGE, LA 70821-0201 |
| LOUISIANA STATE OF | LA EDUCATIONAL TV AUTHORITY, 7733 PERKINS ROAD, BATON ROUGE, LA 70810 |
| MARYLAND STATE | DEPT OF ASSESSMENT & TAXATION, 301 W PRESTON ST ROOM 801, BALTIMORE, MD 21201-2395 |
| MASSACHUSETTS DEPT OF REVENUE | PO BOX 7010, BOSTON, MA 02204 |
| MICHIGAN STATE | DEPARTMENT OF THE TREASURY, LANSING, MI 48922 |
| MINNESOTA | DEPARTMENT OF REVENUE, PO BOX 64622, SAINT PAUL, MN 55164-0622 |
| MISS OFFICE OF REVENUE | PO BOX 23050, JACKSON, MS 39225-3050 |
| MISSOURI STATE | DEPARTMENT OF REVENUE, PO BOX 840, JEFFERSON CITY, MO 65105-0840 |
| N.Y.S. DEPT OF LABOR-UI DIV | NYS DEPARTMENT OF LABOR, W. AVERELL HARRIMAN STATE OFFICE CAMPUS, BUILDING 12, ALBANY, NY 12240 |
| NC DEPT OF REVENUE | PO BOX 25000, RALEIGH, NC 27640-0002 |
| NEW JERSEY CORPORATION TAX | CN 257, TRENTON, NJ 08646-0257 |
| NEW JERSEY CORPORATION TAX | PO BOX 281, PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW JERSEY STATE | NEW JERSEY DIVISION OF TAXATION, PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW MEXICO TAXATION & REV DEPT | 1100 SOUTH ST FRANCIS DRIVE, PO BOX 630, SANTA FE, NM 87504-0630 |
| NEW MEXICO TAXATION & REV DEPT | PO BOX 25127, SANTE FE, NM 87504-5127 |
| NEW MEXICO TAXATION & REVENUE | JOSEPH MONTOYA BLDG, 1100 SOUTH ST. FRANCES DR, SANTA FE, NM 87504 |
| NEW MEXICO TAXATION & REVENUE | PO BOX 2527, SANTA FE, NM 87504-2527 |
| NEW YORK DEPT. OF FINANCE | BOX 3900, NEW YORK, NY 10008 |
| NEW YORK STATE | SALES TAX PROCESSING, JAF BUILDING PO BOX 1205, NEW YORK, NY 10116-1205 |
| NEW YORK STATE | DEPT OF TAXATION, PO BOX 5300, ALBANY, NY 12205 |
| NEW YORK STATE CORP TAX | PROCESSING UNIT, PO BOX 1909, ALBANY, NY 12201-1909 |
| NEW YORK STATE DEPARTMENT OF | ENVIRONMENTAL CONSERVATION, 625 BROADWAY, ALBANY, NY 12233-0001 |
| NEW YORK STATE SALES TAX | NYS DEPARTMENT OF TAXATION AND FINANCE, PO BOX 5300, ALBANY, NY 12205 |
| NORTH CAROLINA | DEPARTMENT OF REVENUE, PO BOX 25000, RALEIGH, NC 27640-0520 |
| NY STATE CORPORATION TAX | NYS DEPARTMENT OF TAXATION AND FINANCE, PO BOX 5300, ALBANY, NY 12205 |
| NY STATE UNEMPLOYMENT INS | NYS DEPARTMENT OF LABOR, W. AVERELL HARRIMAN STATE OFFICE CAMPUS, BUILDING 12, ALBANY, NY 12240 |
| NYS DEPARTMENT OF STATE | 123 WILLIAM STREET, NEW YORK, NY 10038-3804 |
| NYS DEPARTMENT OF STATE | ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE, ALBANY, NY 12231 |
| NYS DEPARTMENT OF STATE | DIVISION OF CORPORATIONS, 41 STATE STREET, ALBANY, NY 12231-0002 |
| NYS DEPARTMENT OF STATE | AND FINANCE, PO BOX 4127, BINGHAMTON, NY 13902-4127 |
| OFFICE OF STATE TREASURER | 702 CAPITOL AVE., SUITE 183, FRANKFORT, KY 40601 |
| OFFICE OF TREASURY AND FISCAL SERVICES | 200 PIEDMONT AVENUE, SUITE 1202 WEST TOWER, ATLANTA, GA 30334 |
| OHIO DEPT OF TAXATION | 30 E. BROAD STREET, 22ND FLOOR, COLUMBUS, OH 43215 |
| OHIO TREASURER OF STATE | PO BOX 804, COLUMBUS, OH 43216-0804 |
| OHIO TREASURER OF STATE | PO BOX 16561, COLUMBUS, OH 43266-0061 |
| PENNSYLVANIA | DEPARTMENT OF REVENUE, DEPARTMENT 280406, HARRISBURG, PA 17128-0406 |
| PENNSYLVANIA DEPT OF STATE | PO BOX 8722, HARRISBURG, PA 17105-8722 |
| PENNSYLVANIA DEPT OF STATE | 206 NORTH OFFICE BUILDING, HARRISBURG, PA 17120 |
| PENSION BENEFIT GUARANTY CORP | THE LIMITED HILLSIDE GROUP/, THE SHERBORNE GROUP GENERAL COUNSEL, 1200 K STREET NW SUITE 340, WASHINGTON, DC 20005 |

| Claim Name | Address Information |
|---|---|
| PENSION BENEFIT GUARANTY CORP | DIRECTOR CORPORATE FINANCE &, NEGOTIATION DEPARTMENT, 1200 K STREET NW, SUITE 270, WASHINGTON, DC 20005 |
| PENSION BENEFIT GUARANTY CORP. | FRANK ANDERSON, JAMES EGGEMAN, SCOT MCCULLOCH, KIMBERLEY NEUREITER, 1200 K STREET NW, SUITE 270, WASHINGTON, DC 20005 |
| RICHARDSON, DOROTHY E. | TX DEPT OF AGING & DISABILITY, SERV. EST DEDUCTIONS OF D. RICHARDSON., ATT: MICHELE GAYLOR, P.O. BOX 23990, SAN ANTONIO, TX 78218 |
| SC DEPT OF REVENUE | 301 GERVAIS ST, PO BOX 125, COLUMBIA, SC 29214 |
| SC DEPT OF REVENUE | CORPORATION, COLUMBIA, SC 29214-0006 |
| SECRETARY OF STATE CT | DOCUMENT REVIEW, 30 TRINITY ST PO BOX 150470, HARTFORD, CT 06115-0470 |
| SECRETARY OF STATE ILL | 501 S 2ND STREET, SPRINGFIELD, IL 62706 |
| SECRETARY OF STATE ILLINOIS | 501 S 2ND STREET, SPRINGFIELD, IL 62706 |
| SECRETARY OF STATE - CALIF | DEBRA BOWEN, SECRETARY OF STATE, 1500 11TH ST, SACRAMENTO, CA 95814 |
| SECRETARY OF STATE - GEORGIA | 214 STATE CAPITOL, ATLANTA, GA 30334 |
| SECRETARY OF STATE - MICHIGAN | 180 STATE OFFICE BUILDING, 100 CONSTITUTION AVE., ST. PAUL, MN 55155-1299 |
| SECRETARY OF STATE - NEVADA | 202 NORTH CARSON STREET, CARSON CITY, NV 89707-4201 |
| SECRETARY OF STATE - TX | JAMES EARL RUDDER BUILDING, 1019 BRAZOS, AUSTIN, TX 78701 |
| SECRETARY OF STATE- IA | IOWA SECRETARY OF STATE, LUCAS BUILDING 1ST FLOOR, DES MOINES, IA 50319 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE, ATTN: MARK SCHONFELD, REGIONAL DIRECTOR, 3 WORLD FINANCIAL CENTER, STE 400, NEW YORK, NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS, 100 F STREET, NE, WASHINGTON, DC 20549 |
| SOCIETY OF CORP SECRETARIES & | GOVERNMENT PROFESSIONALS, 521 FIFTH AVENUE, NEW YORK, NY 10175 |
| SOUTH CAROLINA DEPT OF REVENUE | 301 GERVAIS STREET, COLUMBIA, SC 29214-0100 |
| STATE BAR OF CALIFORNIA | 180 HOWARD STREET, SAN FRANCISCO, CA 94105 |
| STATE BOARD OF EQUALIZATION | ENVIROMENTAL FEES DIVISION, PO BOX 942879, SACRAMENTO, CA 94279-6001 |
| STATE BOARD OF EQUALIZATION | 3321 POWER INN ROAD, SUITE 210, SACRAMENTO, CA 95826-3889 |
| STATE COMPTROLLER (TX) | SUSAN COMBS, PO BOX 13528 CAPITOL STATION, AUSTIN, TX 78711-3528 |
| STATE OF CALIFORNIA | STATE CAPITOL BUILDING, SACRAMENTO, CA 95814 |
| STATE OF CONNECTICUT | DEPT OF REVENUE, PO BOX 2974, HARTFORD, CT 06104-2974 |
| STATE OF CONNECTICUT | DEPARTMENT OF REVENUE SERVICES, 25 SIGOURNEY ST, HARTFORD, CT 06106 |
| STATE OF MICHIGAN | BUREAU OF COMMERCIAL SERVICES, PO BOX 30054, LANSING, MI 48909 |
| STATE OF NEW JERSEY | DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08646 |
| STATE OF NEW JERSEY | DIV OF TAX - REVENUE PROC CNTR, PO BOX 303, TRENTON, NJ 08646 |
| STATE OF NEW JERSEY-CBT | DIVISION OF TAXATION REVENUE PROC CR, PO BOX 666, TRENTON, NJ 08646-0666 |
| STATE OF NEW JERSEY-CBT | 94-3112575, DIV OF TAXATION REV PROCESS CR, PO BOX 666, TRENTON, NJ 08646-0666 |
| STATE PUBLIC REGULATION | COMMISSION OF NEW MEXICO CORP, 1120 PASEO DE PERALTA, SANTA FE, NM 87501 |
| STATE PUBLIC REGULATION | COMMISSION OF NEW MEXICO CORP, P.O. BOX 1269, SANTA FE, NM 87504-1269 |
| STATE TREASURER | CAPITOL BUILDING 219 STATEHOUSE, SPRINGFIELD EXECUTIVE OFFICE, SPRINGFIELD, IL 62706 |
| STATE TREASURER | PO BOX 9048, OLYMPIA, WA 98507-9048 |
| STATE TREASURER'S OFFICE | 540 S. DUPONT HIGHWAY, SUITE 4, DOVER, DE 19901 |
| TENNESSEE DEPT OF REVENUE | TAX ENFORCEMENT DIVISION, PO BOX 190665, ATTN: LUCILLE STANLEY, NASHVILLE, TN 37219-0665 |
| TENNESSEE STATE | DEPARTMENT OF REVENUE, 500 DEADERICK STREET, ANDREW JACKSON BUILDING, NASHVILLE, TN 37242 |
| TEXAS STATE | COMPTROLLER OF PUBLIC ACCOUNTS, 111 E 17TH STREET, AUSTIN, TX 78774-0100 |
| TREASURER OF NEW JERSEY | ACCOUNT NUMBER #37690948, 5101 INTERCHANGE WAY, LOUISVILLE, KY 40229-2161 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530-0001 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER, 1500 PENNSYLVANIA AVENUE, NW, ROOM 2134, WASHINGTON, DC 20220 |
| US CUSTOMS SERVICE | 1300 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20229 |

| Claim Name | Address Information |
|---|---|
| US DEPARTMENT OF STATE | OFF OF DEF TRADE CTRL COMP,SA-1 SUITE H1300, WASHINGTON, DC 20522-0112 |
| US DEPT HHS/CENTER FOR | DISEASE CONTROL,FINANCIAL MANAGEMENT, ATLANTA, GA 30333 |
| US DEPT HHS/CENTER FOR | FINANCIAL MANAGEMENT, ATLANTA, GA 30333 |
| UTAH STATE TAX COMMISSION | 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134-0180 |
| VIRGINIA COMMONWEALTH OF | DEPARTMENT OF TAXATION,PO BOX 1103, RICHMOND, VA 23218-1103 |
| VIRGINIA DEPART OF TAXATION | 3600 WEST BROAD STREET, RICHMOND, VA 23230-4915 |
| WASHINGTON STATE | DEPARTMENT OF REVENUE,PO BOX 34054, SEATTLE, WA 98124-1054 |

**Total Creditor Count 178**

| Claim Name | Address Information |
|---|---|
| 3M | ATTN: JASON SMITH, FINANCIAL OPERATIONS,3M CENTER, BUILDING 224-H-41, ST PAUL, MN 55144 |
| AIR PRODUCTS AND CHEMICALS, INC. | ATTN: LYNNE RICHARDSON, BANKRUPTCY MGR,7201 HAMILTON BLVD, ALLENTOWN, PA 18195 |
| EBARA INTERNATIONAL CORPORATION | C/O SQUIRE, SNADERS & DEMPSEY LLP,ATTN: KELLY SINGER, SUITE 2700,TWO RENAISSANCE SQ. 40 N. CENTRAL AVE, PHOENIX, AZ 85004 |
| FISHER SCIENTIFIC COMPANY LLC | ATTN: GARY R. BARNES,REGIONAL CREDIT MANAGER,2000 PARK LANE, PITTSBURG, PA 15275 |
| HITACHI CHEMICAL CO AMERICA, LTD | 1333 LAWRENCE EXPRESSWAY, SUITE 212, SANTA CLARA, CA 95051 |
| HITACHI CHEMICAL CO. AMERICA, LTD | 10080 NORTH WOLFE ROAD SW3-200, CUPERTINO, CA 95014 |
| KMG ELECTRONIC CHEMICALS, INC. | C/O HAYNES AND BOONE LLP, DOUG EDWARDS,ONE HOUSTON CENTER, 1221 MCKLNNEY ST,SUITE 2100, HOUSTON, TX 77010 |
| QIMONDA AG | C/O MORRISON & FOERSTER LLP,ATTN: BRETT MILLER,1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| SUFFOLK SALES AND SERVICES CORPORATION | ATTN: KENNETH J. MORAN, PRESIDENT,PO BOX 6140, SUFFOLK, VA 23433 |

**Total Creditor Count 9**

| Claim Name | Address Information |
|---|---|
| HIGHWOODS PROPERTIES | 3100 SMOKETREE COURT, SUITE 1100, RELEIGH, NC 27604 |
| LBA REALTY | 2550 NORTH FIRST ST., SUITE 180, SAN JOSE, CA 95131 |
| WILLOWCHASE HOUSTON LTD | 8203 WILLOW PLACE SOUTH, SUITE 280, HOUSTON, TX 77070 |

**Total Creditor Count 3**