IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re                                           )
                                                ) Chapter 11
                                                )
QIMONDA RICHMOND, LLC, et al.,[1]               ) Case No. 09-10589 (MFW)
                                                )
                    Debtors.                    ) Jointly Administered
                                                )
                                                )     Re: 599
------------------------------------------------x

## ORDER SCHEDULING HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned cases:

| Date & Time | Location |
| --- | --- |
| August 21, 2009 at 11:30 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |
| September 9, 2009 at 3:00 p.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |
| September 24, 2009 at 10:30 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

Dated: July 31, 2009
       Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

RLF1-3381015-1