IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re                                                          )   Chapter 11
                                                               )
QIMONDA RICHMOND, LLC, et al.,[1]                              )   Case No. 09-10589 (MFW)
                                                               )
                                        Debtors.               )   Jointly Administered
                                                               )
---------------------------------------------------------------x

## NOTICE OF ENTRY INTO STALKING HORSE AGREEMENT WITH TEXAS INSTRUMENTS INCORPORATED AND PROPOSED BIDDING PROTECTIONS AND BIDDING PROCEDURES WITH RESPECT THERETO

PLEASE TAKE NOTICE that pursuant to the *Order Granting Debtors' Motion, Pursuant to Sections 105(a), 105(d) and 363(b) of the Bankruptcy Code, for Entry of an Order Approving Bidding Protection Procedures and Bidding Procedures in Connection with the Sale of Certain Assets of the Debtors*, dated as of July 22, 2009 [Docket No. 561] (the "Sales Procedures Order"), Qimonda Richmond, LLC ("QR"), after consultation with the professionals for the Official Committee of Unsecured Creditors (the "Committee"), submits this notice and related exhibits (collectively, the "Stalking Horse Notice") identifying Texas Instruments Incorporated ("TI") as the "stalking horse bidder," pursuant to the Asset Purchase Agreement between TI and QR, dated as of August 20, 2009 (the "Stalking Horse Agreement") for the Assets.[2] The following exhibits are annexed hereto:

- Exhibit A: A copy of the Stalking Horse Agreement.
- Exhibit B: The bidding procedures (the "Bidding Procedures") governing the sale of the Assets under the Stalking Horse Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Qimonda Richmond, LLC (7867) and Qimonda North America Corp. (4654).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stalking Horse Agreement.

RLF1-3426466-1

- Exhibit C: The *Declaration of Robert J. Maroney in Support of Bidding Protections* (the "Maroney Declaration").

- Exhibit D: The proposed order, entitled *Order (I) Authorizing Qimonda Richmond, LLC To Award Bidding Protections To Texas Instruments Incorporated And (II) Affording The Payment Of The Bidding Protections Administrative Expense Treatment* (the "Stalking Horse Order").

- Exhibit E: The proposed *Notice of Auction*.

PLEASE TAKE FURTHER NOTICE that the key terms of the Bidding Protections (as defined below) granted to TI and the Bidding Procedures governing the sale of the Assets under the Stalking Horse Agreement are summarized below:[3]

- Pursuant to the Stalking Horse Agreement, QR proposes to sell the Assets to TI for an aggregate purchase price of **$172,500,000**, subject to the Adjustment Mechanism.

- If QR closes a transaction with a party other than the Stalking Horse Bidder involving all or a portion of the Assets, (i) a break up fee of **$4,312,500** shall be payable by QR to TI (the "Break Up Fee"), and (ii) an expense reimbursement for reasonable, out-of-pocket, documented costs and expenses of the Stalking Horse Bidder related to the transaction of up to **$750,000** (the "Expense Reimbursement" and together with the Break Up Fee, the "Bidding Protections").

- The parties' right to terminate the Stalking Horse Agreement and the effect thereof under the provisions of Article 8 of the Stalking Horse Agreement and TI's right to recover its Deposit under the provisions of Section 2.1(b) of the Stalking Horse Agreement.

- If QR receives a Qualified Bid for the Assets prior to the bid deadline of September 21, 2009 at 4:00 p.m. (prevailing New York City time), QR will conduct an auction for the Assets on September 23, 2009 at 10:00 a.m. (prevailing New York City time) time at the offices of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (the "Auction").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Stalking Horse Notice must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 (an "Objection"), and served upon the

---

[3] The specific Bidding Protections granted to TI and the Bidding Procedures governing the sale of the Assets under the Stalking Horse Agreement are attached hereto and should be reviewed in their entirety as they contain the specific terms and conditions agreed to by the parties relating to the sale of the Assets. If there are any inconsistencies in the summary of same, the Bidding Protections and the Bidding Procedures shall govern.

undersigned counsel (with a copy to counsel for TI, Joseph J. Wielebinski, Munsch Hardt Kopf & Harr, P.C., 500 North Akard Street, Suite 3800, Dallas, TX 75201-6659) on or before **August 31, 2009 at 4:00 p.m. (prevailing New York City time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any response or objection is received before the Objection Deadline, the Debtors will seek to have a hearing scheduled before the Bankruptcy Court on no less than three (3) business days notice.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE OR OBJECTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE BIDDING PROTECTION ORDER WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 20, 2009
Wilmington, Delaware

Respectfully submitted,

/s/ Maris Finnegan

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Maris J. Finnegan (No. 5294)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
   merchant@rlf.com
   mfinnegan@rlf.com
   fortune@rlf.com

– and –

Mark Thompson (admitted *pro hac vice*)
Morris J. Massel (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for the Debtors and Debtors in Possession*

RLF1-3426466-1