# United States Bankruptcy Court
## District of Delaware

In re Qimonda Richmond, LLC, et al.

Case No. 09-10589 (MFW)
Jointly Administered

Chapter 11

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**<u>Contrarian Funds, LLC</u>**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**<u>Tosoh SMD, Inc.</u>**
Name of Transferor

Name and Current Address of Transferor

**Tosoh SMD, Inc.**
3600 Gantz Road
Grove City, OH  43123

**Claim No. 419 for $107,300.00**
**Scheduled Amount, $107,300.00 against Case No. 09-10589**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ **Alisa Mumola**_____      Date: _____May 31, 2011_____
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Tosoh America, Inc., as assignee of Tosoh SET, Inc., pursuant to that certain Transfer of Claim Agreement dated May 31, 2011, Tosoh Quartz, Inc., pursuant to that certain Transfer of Claim Agreement dated May 31, 2011, and Tosoh SMD, Inc., pursuant to that certain Transfer of Claim Agreement dated May 31, 2011, and their successors and assigns (collectively, "Assignor"), has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC, and its successors and assigns (collectively, "Assignee") the general unsecured claims (collectively, the "Claim"), in the principal amounts listed on Schedule A attached hereto, against Qimonda Richmond, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10589 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 31 day of May, 2011.

(Assignor)
TOSOH AMERICA, INC.,
as assignee of TOSOH SET, INC.

By: _____

Name: Yutaka Nakamura

Title: President

(Assignor)
TOSOH QUARTZ, INC.

By: _____

Name: _____

Title: President/CEO

(Assignor)
TOSOH SMD, INC.

By: _____

Name: MARTIN L. BLAZIC

Title: President/COO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: MICHAEL J. RESTIFO

Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _____

Name: Toshiyuki Hironaka

Title: Treasury Manager

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____

(Assignor)
WITNESS:

By: _____

Name: JIM SWAFFER

Title: V.P. : TREASURER

## EVIDENCE OF TRANSFER OF CLAIM

Tosoh America, Inc., as assignee of Tosoh SET, Inc., pursuant to that certain Transfer of Claim Agreement dated May 3l, 2011, Tosoh Quartz, Inc., pursuant to that certain Transfer of Claim Agreement dated May 3l, 2011, and Tosoh SMD, Inc., pursuant to that certain Transfer of Claim Agreement dated May 3l, 2011, and their successors and assigns (collectively, "Assignor"), has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC, and its successors and assigns (collectively, "Assignee") the general unsecured claims (collectively, the "Claim"), in the principal amounts listed on Schedule A attached hereto, against Qimonda Richmond, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10589 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 3l day of May, 2011.

(Assignor)
TOSOH AMERICA, INC.,
as assignee of TOSOH SET, INC.

By: _____

Name: _____

Title: _____President_____

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____

(Assignor)
TOSOH QUARTZ, INC.

By: _____

Name: _____Roger Wood_____

Title: _____President/CEO_____

(Assignor)
WITNESS:

By: _____J. Nirmal_____

Name: _____Toshiyuki Hironaka_____

Title: _____Treasury Manager_____

(Assignor)
TOSOH SMD, INC

By: _____

Name: _____

Title: _____President/COO_____

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: _____

Title: _____

# Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount | Schedule No. | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|---|
| Tosoh Quartz, Inc. | Qimonda Richmond, LLC | 09-10589 | 348,610.00 | 589005410 | 348,759.00 | 1075 |
| Tosoh SET | Qimonda Richmond, LLC | 09-10589 | 668,651.53 | 589005420 | 507,304.15 | 1073 |
| Tosoh SMD, Inc. | Qimonda Richmond, LLC | 09-10589 | 107,300.00 | 589005430 | 107,300.00 | 419 |